# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.                                                              Crim. No. 1:04cr5

Lisa Morales

On 08/20/2009 the above named was placed on Supervised Release for a period of three (3) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Lisa Morales be discharged from supervision.

Respectfully submitted,

by _____s/ Bonney J. Price_____
Bonney J. Price
U.S. Probation Officer
200 S. College Street, Suite 1650
Charlotte, NC 28202-2005
(704) 350-7680

Approved By:

_____s/ Lisa G. Morris_____
Lisa G. Morris
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: _____

_____
Martin Reidinger
United States District Judge